ILND 450 (Rev. 04/29/2016)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH RICHARD,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | No. 23-cv-00408<br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s);

    which ☐ includes pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Court remands case, without prejudice, to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Plaintiff's motion to remand (Dkt. 13).

SO ORDERED in No. 23-cv-00408.

Date: September 19, 2023

                                              */s/ John F. Kness*
                                              JOHN F. KNESS
                                              United States District Judge